# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2340
LT Case No. 2017-305024-CFDB

_____

DONNIE GLENN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 appeal from the Circuit Court for Volusia County.
Kathryn Diane Weston, Judge.

Donnie Glenn, Jasper, pro se.

No Appearance for Appellee.

October 7, 2025

PER CURIAM.

AFFIRMED.

LAMBERT, EISNAUGLE, and KILBANE, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————